BURKHALTER KESSLER CLEMENT & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
dkessler@bkcglaw.com
Michael Oberbeck, Esq., Bar No. 186718
moberbeck@bkcglaw.com
Joshua A. Waldman, Esq., Bar No. 222859
jwaldman@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Plaintiff
LOLLICUP USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LOLLICUP USA, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>VIGOUR PAK CO., LTD., aka VIGOUR GROUP, aka VIGOUR PACK, a Taiwanese business entity form unknown; VIGOUR PLASTIC CO., LTD., a Taiwanese limited Company; PORTER BROS. CONSULTING, LLC, an Arizona limited liability company dba FrozenDessertSupplies.com; and DOES 1 through 10,<br><br>            Defendants. | Case No. 12-cv-8575-CBM (JEMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [JS-6]** |

## **ORDER**

The above-captioned lawsuit, including all claims and counter-claims alleged therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2). The Court retains jurisdiction to enforce Sections 1, 3, 4, 5, and 7 of the Settlement Agreement attached hereto as Exhibit "A", which terms are incorporated into this dismissal order by this reference. Dismissal of the lawsuit is conditioned upon the parties' performance of said terms.

**IT IS SO ORDERED, this 16th day of January, 2014.**



JUDGE OF THE UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**